UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81057-MC-ALTMAN/Brannon

**CHARTWELL STAFFING SERVICES, INC.**,

    **Plaintiff**,

v.

**ATLANTIC SOLUTIONS GROUP, INC.**, *et al.*,

    **Defendants**.

_____/

## ORDER

**THIS MATTER** comes before the Court on United States Magistrate Judge Dave Lee Brannon's Order granting Versant Funding, LLC's Motions to Quash [ECF No. 35]. Having carefully reviewed the record and being otherwise fully advised, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.

2. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record